## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>    Marie S Harris<br><br>            Debtor(s) | Case No. 11 B 51040 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/21/2011.

2) The plan was confirmed on 04/17/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/17/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/07/2012.

5) The case was Completed on 03/30/2015.

6) Number of months from filing to last payment: 39.

7) Number of months case was pending: 42.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $76,594.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $14,925.00 |
| Less amount refunded to debtor | $259.65 |
| **NET RECEIPTS:** | **$14,665.35** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $604.20 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,104.20** |

Attorney fees paid and disclosed by debtor: $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Abbott Laboratories | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Absolute Collect Svc | Unsecured | 404.00 | NA | NA | 0.00 | 0.00 |
| Account Recovery Service | Unsecured | 327.00 | NA | NA | 0.00 | 0.00 |
| Accredo | Unsecured | 12,779.00 | NA | NA | 0.00 | 0.00 |
| ADT Security Systems | Unsecured | NA | 685.61 | 685.61 | 685.61 | 0.00 |
| Advocate Christ Medical Center | Unsecured | 830.00 | NA | NA | 0.00 | 0.00 |
| Advocate Trinity Hospital | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Affiliated Radiologist | Unsecured | 6.00 | NA | NA | 0.00 | 0.00 |
| Ambulance Transportation | Unsecured | 665.00 | NA | NA | 0.00 | 0.00 |
| American Medical Collection | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| Associates In Cardiology | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Associates In Medical Oncology | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| AT&T Wireless | Unsecured | 245.00 | NA | NA | 0.00 | 0.00 |
| Benjamin J Wang MD | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Brinks | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CBA | Unsecured | 312.00 | NA | NA | 0.00 | 0.00 |
| Cellular One | Unsecured | 71.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Finance | Secured | 792.00 | 442.46 | 617.23 | 617.23 | 47.18 |
| City Of Chicago Dept Of Revenue | Unsecured | 150.00 | 94.00 | 94.00 | 94.00 | 0.00 |
| Cook County Hospital | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Cook County Treasurer | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| Direct TV | Unsecured | 215.00 | NA | NA | 0.00 | 0.00 |
| Dr John Defrano MD | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| First Cash Advance | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Health Delivery Management | Unsecured | 1,915.00 | NA | NA | 0.00 | 0.00 |
| IAS | Unsecured | 24.00 | NA | NA | 0.00 | 0.00 |
| Jackson Park Hospital | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| JP Morgan Chase Bank NA | Secured | 96,418.21 | 92,140.89 | 92,140.89 | 0.00 | 0.00 |
| JP Morgan Chase Bank NA | Secured | 2,429.21 | 2,429.21 | 2,429.21 | 2,429.21 | 0.00 |
| Kindred Hospital C O World Finance Corp | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Little Company Of Mary Hospital | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Michael Reese Hospital And Medical Cntr | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Midwest Orthopaedics | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Midwest Orthopedics At Rush | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |
| Midwest Primary Care | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| Nco / Inovision-Medclr | Unsecured | 167.00 | NA | NA | 0.00 | 0.00 |
| Oak Harbor Capital LLC | Unsecured | 542.00 | 542.47 | 542.47 | 542.47 | 0.00 |
| Peoples Energy Corp | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| PLS Payday Loan Store | Unsecured | 1,000.00 | 1,381.00 | 1,381.00 | 1,381.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 818.00 | 711.02 | 711.02 | 711.02 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 391.00 | 391.04 | 391.04 | 391.04 | 0.00 |
| Radiology Imaging Consultants | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Rosecrance, Inc. | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Roseland Community Hospital | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Rush University Medical Center | Unsecured | 50,000.00 | NA | NA | 0.00 | 0.00 |
| Springleaf Financial Services | Secured | 3,635.00 | 2,873.78 | 3,254.39 | 3,254.39 | 183.06 |
| Swiss Colony | Unsecured | 225.00 | 224.94 | 224.94 | 224.94 | 0.00 |
| The Payday Loan Store | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| University of Illinois | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| University Of Illinois Hospital | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Womens Work Out World | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $92,140.89 | $0.00 | $0.00 |
| Mortgage Arrearage | $2,429.21 | $2,429.21 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $3,871.62 | $3,871.62 | $230.24 |
| **TOTAL SECURED:** | **$98,441.72** | **$6,300.83** | **$230.24** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$4,030.08** | **$4,030.08** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $4,104.20 |
| Disbursements to Creditors | $10,561.15 |
| **TOTAL DISBURSEMENTS** : | **$14,665.35** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/08/2015              By: /s/ Marilyn O. Marshall
                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**